In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00018-CV

                                                ______________________________

 

 

 

                       IN THE GUARDIANSHIP OF GEORGE
P. PIPES

 

 

                                                                                                  


 

 

                                            On Appeal from the County
Court at Law

                                                             Bowie County, Texas

                                                     Trial Court No. 10C0603-CCL

 

                                                              
                                    

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                              Memorandum Opinion by Justice Carter








                                                     MEMORANDUM 
OPINION

 

            George
P. Pipes, the sole appellant in this case, has filed a motion seeking to
dismiss his appeal.  Pursuant to Rule
42.1 of the Texas Rules of Appellate Procedure, his motion is granted.  Tex.
R. App. P. 42.1.

            We
dismiss the appeal.

 

 

                                                                        Jack
Carter

                                                                        Justice

 

Date Submitted:          August
2, 2011

Date Decided:             August
3, 2011